**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JOSE MANUEL DISLA,

                Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
-------------------------------------------------------------X

20 **CIVIL** 6663 (KMK)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/2022

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 30, 2022, the Report and Recommendation is

ADOPTED in its entirety. Plaintiff's Motion for Judgment on the Pleadings is granted.

Defendant's Cross-Motion for Judgment on the Pleadings is denied. Judgment is entered in favor

of Plaintiff, and this matter is remanded to the Commissioner for further administrative

proceedings; accordingly, the case is closed.

**Dated:** New York, New York
       March 31, 2022

                            **RUBY J. KRAJICK**

                            **Clerk of Court**

       **BY:**               *K Mango*

                          **Deputy Clerk**